**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH BANKS, | ) | No. CV 07-07636 SGL (CW) |
|        Petitioner, | ) | JUDGMENT |
|   v. | ) | |
| M. KRAMER, | ) | |
|        Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: September 28, 2008

*/s/ S.G. Larson*

STEPHEN G. LARSON
United States District Judge